UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON HENRY LOVETTE,<br><br>                                Plaintiff,<br>v.<br>ZALE DELAWARE, INC.,<br><br>                                Defendant. | Case No.: 18cv2727-L(RBB)<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT** |

Pending before the Court is Defendant's motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). (Doc. no. 4.) *In lieu* of an opposition, Plaintiff filed an amended complaint. (Doc. no. 5.) Accordingly, Defendant's motion to dismiss is denied as moot. *See Ramirez v. County of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

**IT IS SO ORDERED.**

Dated: December 27, 2018

_____
Hon. M. James Lorenz
United States District Judge